UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HECTOR L. GARCIA,

        Plaintiff,

-vs-                                            Case No. 6:05-cv-673-Orl-18JGG

FLEETWOOD LIMOUSINE, INC.,
GHALEB ABURISH,

        Defendants.

_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration for an evidentiary hearing on November 10, 2005 on the following motion:

| MOTION: | MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS (Doc. No. 16) |
|---|---|
| FILED: | October 11, 2005 |
| THEREON it is RECOMMENDED that the motion be GRANTED. | |

*So ordered 14 Dec 05*
*G. Kendall Sharp*
*U.S. District Judge*

THE LAW

A.    Default Judgment

When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by the civil rules, and that fact is made to appear by affidavit or otherwise, the Clerk enters a default. Fed. R. Civ. P. 55 (a). Rule 55 (b)(2) further provides: