# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HECTOR L. GARCIA,**
**GEORGE CHAMMAS**
                 **Plaintiff,**

**-vs-**                                                                       **Case No.  6:05-cv-673-Orl-KRS**

**FLEETWOOD LIMOUSINE, INC.,**
**GHALEB ABURISH, individually,**
**SAMIH IBRAHIM ABURISH, individually,**
**NINA SAMIH ABURISH, individually**
                 **Defendants.**

## SUPPLEMENTAL BRIEFING ORDER

This cause came on for consideration after consideration of the request of counsel to file supplemental memoranda regarding whether the statements of Magistrate Judge James G. Glazebrook on the record at the close of the bench trial in this case are sufficient findings of fact and conclusions of law under Federal Rule of Civil Procedure 52, and to supplement their closing arguments.

I have now reviewed the transcript of the bench trial, and it appears clear to me that Judge Glazebrook did not intend his comments to constitute findings of fact and conclusions of law under Rule 52.[1] Nevertheless, it is appropriate to permit counsel to file a memoranda of law addressing that

---

[1] At the close of the bench trial, Judge Glazebrook stated: "I'm prepared to tell you what my ruling is going to be, but I'm going to lay it out by order." Trial Tr. 253: 21-22. He then stated: "I do find that the burden of proof by the defendant Fleetwood Limousine, Inc. has been met on the [motor carrier] exemption, and I'm going to lay it out." *Id.* at 254: 23-25 (emphasis added). He added:

> As a housekeeping matter, the initial case, the prima facie case was proved as to Fleetwood Limousine, as to Samih Aburish, as to Nida Aburish because of her positions, but not as to Ghaleb Aburish. The only testimony was he was vice-president of Fleetwood Limousine. There was no showing of operational control of the corporation's covered enterprise, which if you want to see a case that is useful on that,

issue. Counsel may also include in their memoranda a legal and factual analysis to supplement their closing arguments.

The supplemental memoranda, which shall not exceed twenty pages, shall be filed on or before July 2, 2007.

**DONE** and **ORDERED** in Orlando, Florida on June 16, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties

---

Patel v. Wargo, 803 F.2d [632], Eleventh Circuit, 1986, at page 637, 638. <u>I'll put that in the order</u>.

*Id.* at 255: 1-9 (emphasis added).